IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON FIELDS | : | CIVIL ACTION |
| v. | : | |
| VINCENT A. SATINSKY | : | NO. 10-2254 |
| NFI INDUSTRIES, INC. | : | |

## ORDER

AND NOW, this 17th day of May, 2011, after conducting a Summary Trial in the above-captioned matter, and finding that Plaintiff has not proven Defendants' negligence by a preponderance of the evidence, it is hereby **ORDERED** that judgment is entered in favor of Defendants Vincent A. Satinsky and National Freight, Inc., incorrectly designated as NFI Industries, Inc., and against Plaintiff Sharon Fields.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE